UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **ROGELIO ORTIZ RAMIREZ** | : | |
| *ON BEHALF OF THEMSELVES AND* | : | |
| *OTHERS SIMILARLY SITUATED* et al. | : | Civil Action No.20-2284(FLW) |
| Plaintiff, | : | |
| VS. | : | |
| **EMPORIUM MEAT CORP.** | : | |
| *doing business as* | : | |
| THE FOOD EMPORIUM | : | |
| et al., | : | ORDER DISMISSING CASE |
| | : | PURSUANT TO LOCAL |
| Defendant, | : | CIVIL RULE 41.1(a) |

It appearing to the Court that the above case has been pending for more than 90 days without any proceeding having been taken therein, and no objection having been entered.

It is on this 1st day of December 2020,

ORDERED that the above case be and the same hereby is dismissed in accordance with Local Civil Rule 41.1(a), without prejudice and without cost to either party.

s/Freda L. Wolfson
FREDA L. WOLFSON
U.S. Chief District Judge